IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY LEE WEBB, #137 198, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:12cv194-WHA |
| | ) | |
| JACOB A. WALKER, III, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge

(Doc. #6), entered on April 4, 2012, the court ADOPTS the Recommendation, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED with prejudice prior to service of

process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

DONE this 25th day of April, 2012.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE